**Frank CARTER, Plaintiff–Appellant,**

v.

**ROADWAY EXPRESS, INCORPORAT-
ED, LOCAL UNION 28; Local Un-
ion 28, Defendants–Appellees.**

No. 01–1981.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 23, 2002.

Decided Feb. 11, 2002.

Frank Carter, Appellant Pro Se. Rich-
ard Allison Phinney, Ogletree, Deakins,
Nash, Smoak & Stewart, Greenville, South
Carolina; James Francis Wallington, Bap-
tiste & Wilder, P.C., Washington, D.C., for
Appellees.

Before WIDENER, WILLIAMS, and
DIANA GRIBBON MOTZ, Circuit
Judges.

PER CURIAM.

Frank Carter appeals the district court's
order granting summary judgment in fa-
vor of Roadway Express, Inc., and Local
Union 28 in this action alleging employ-
ment discrimination and breach of the un-
ion's duty of fair representation. 42
U.S.C. §§ 1981, 2000e–2 (1994); 29 U.S.C.
§ 158 (1994). We have reviewed the rec-
ord and the district court's opinion accept-
ing the recommendation of the magistrate
judge and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. *See Carter v. Roadway
Express, Inc.,* No. CA–99–3121–6–24AK
(D.S.C. July 18, 2001). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*